UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
ALFREDO BELLO HERRERA AND ANGELO :
BELLO SILVA, *on their own behalf and on* :  20-CV-11026 (GHW) (OTW)
*behalf of others similarly situated*, :
: **ORDER**
Plaintiff, :
:
-against- :
:
MANNA 2ND AVENUE LLC, *et al.*, :
:
Defendants. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel for Plaintiffs and Defendant Segota are directed to meet and confer regarding Plaintiffs' motion for an order permitting alternative service and an extension of time to serve Defendant Segota in light of Judge Woods's May 24, 2021 Order (ECF 30) and the Federal Rules of Civil Procedure. The parties are also directed to consider *Barrios Chopen v. Mana Parc 61 LLC et al*, No. 18-CV-02058 (AT) (S.D.N.Y. June 15, 2018) (ECF 39) and Rule 1's guidance that the Rules should be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1, Advisory Committee Notes to the 2015 Amendment. Counsel for Plaintiffs and Defendant Segota shall file a joint status letter by **May 28, 2021**.

**SO ORDERED.**

Dated: May 24, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge