**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ALFREDO BELLO HERRERA AND ANGELO
BELLO SILVA, *on their own behalf and on*
*behalf of others similarly situated,*

          Plaintiffs,

          -against-

MANNA 2ND AVENUE LLC, *et al.*,

          Defendants.

-------------------------------------------------------------x

20-CV-11026 (GHW) (OTW)

**ORDER**

       **ONA T. WANG**, **United States Magistrate Judge**:

       By Order dated June 4, 2021, the Court ordered all parties to participate in mediation in good faith. (ECF 34 at 2). By **September 2, 2021**, each counsel shall file a separate letter (limited to two single-spaced pages) regarding the status of mediation. Each letter shall address whether mediation has occurred and, if not, what steps have been taken to schedule mediation. If mediation has not occurred, each letter shall also attach any email correspondence regarding scheduling mediation.[1]

       **SO ORDERED.**

                                      ___*s/ Ona T. Wang*_____

Dated: August 26, 2021                          **Ona T. Wang**
       New York, New York               United States Magistrate Judge

---

[1] Mr. Segota's counsel need only include any emails following those included in ECF 36-4.