USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFREDO BELLO HERRERA, and
ANGELO BELLO SILVA,
*on their own behalf and on behalf of others similarly situated*

                       Plaintiffs,
                       v.

MANNA 2ND AVENUE LLC
     d/b/a Gina La Fornarina;
MANNA MADISON AVENUE LLC
     d/b/a Gina La Fornarina;
MANNA PARC 61 LLC
     d/b/a Gina Mexicana;
MAMEXICANA LLC
     d/b/a Gina Mexicana;
MANNA LEXINGTON AVENUE LLC
     d/b/a Gina La Fornarina;
WEST D&P LLC
     d/b/a Gina La Fornarina; and
MAMERICANA 92 LLC
     d/b/a Gina Americana;
MANNA AMSTERDAM AVENUE LLC
     d/b/a Gina La Fornarina;
ENTERPRISE RESTAURANT LLC
     d/b/a Amaranth;
PAOLA PEDRIGNANI,
IGOR SEGOTA, and
JEAN FRANCOIS MARCHAND,

                       Defendants.
-----------------------------------------------------------X

Case No. 20-cv-11026

**ORDER GRANTING SUBSTITUTION OF PARTIES**

GREGORY H. WOODS, District Judge:

       The Court is in receipt of Plaintiffs' Motion to Substitute Marie Marchand, as Executrix of the Estate of Jean F. Marchand a/k/a Jean Francoise Marchand a/k/a Francois Marchand. Plaintiffs shall arrange for service on Marie Marchand, as Executrix of the Estate of Jean F. Marchand a/k/a Jean Francoise Marchand a/k/a Francois Marchand within the next 30 days.

SO ORDERED:

Dated: __09/28/2021__
New York, NY

SO ORDERED:

_Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE