```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ALFREDO BELLO HERRERA, AND ANGELO                                :
BELLO SILVA, on their own behalf and on behalf of                :
others similarly                                                 :
situated,                                                        :
                                                                 :
                                        Plaintiffs,              :
                                                                 :
                     -v -                                        :
                                                                 :
MANNA 2ND AVENUE LLC D/B/A GINA LA                               :
FORNARINA; MANNA MADISON AVENUE                                  :
LLC D/B/A GINA LA FORNARINA; MANNA                               :      1:20-cv-11026-GHW
PARC 61 LLC D/B/A GINA MEXICANA;                                 :
MAMEXICANA LLC D/B/A GINA                                        :            ORDER
MEXICANA; MANNA LEXINGTON AVENUE                                 :
LLC D/B/A GINA LA FORNARINA; WEST                                :
D&P LLC D/B/A GINA LA FORNARINA; AND                             :
MAMERICANA 92 LLC D/B/A GINA                                     :
AMERICANA; MANNA AMSTERDAM                                       :
AVENUE LLC D/B/A GINA LA FORNARINA;                              :
ENTERPRISE RESTAURANT LLC D/B/A                                  :
AMARANTH; PAOLA PEDRIGNANI, IGOR                                 :
SEGOTA, AND JEAN FRANCOIS                                        :
MARCHAND,                                                        :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On October 22, 2021, Magistrate Judge Parker issued a Report and Recommendation ("R&R") recommending that Defendant Igor Segota be dismissed from this case for lack of service. Dkt. No. 49 at 6–7. Objections to the R&R were due November 5, 2021. The Court did not receive any objections.

The Court has reviewed the Report and Recommendation for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which

no objections have been made, as long as no clear error is apparent from the face of the record.").

The Court therefore accepts and adopts the Report and Recommendation in its entirety.

Accordingly, Defendant Igor Segota is dismissed from this case.

    The Clerk of Court is directed to remove Mr. Segota from the caption in this case.

    SO ORDERED.

Date:   November 10, 2021

New York, New York
                                            GREGORY H. WOODS
                                           United States District Judge