# EXHIBIT "A"

# MANNA MADISON AVENUE, LLC
## d/b/a GINA LA FORNARINA

## ACUERDO DE ARBITRAJE

**EL CONTRATO SIGUIENTE CREA OBLIGACIONES JURÍDICAS QUE PUEDEN APLICARSE A USTED – SE RECOMIENDA SU USO CONSULTAR A UN ABODGADO CON ESTE DOCUMENTO ANTES DE FIRMAR EN LA PÁGINA ANTERIOR.**

FECHA DE RECEPCIÓN ___1/11/19___

NOMBRE ___Alfredo Bello___

FIRMA DE RECIBO SOLAMENTE ___Bell___

# ACUERDO DE ARBITRAJE

CONSIDERANDO que el empleado trabaja como una _____ para Gina La Fornarina, desde _____ .

CONSIDERANDO que las partes han decidido mutuamente que en el caso de cualquier conflicto o reclamaciones de derecho o de hecho que surjan en el marco del empleo en y de parte de Gina La Fornarina Ambas partes son totalmente y absolutamente de acuerdo en que este tipo de disputas o reclamaciones deben ser la única jurisdicción de arbitraje y;

**CONSIDERANDO que el empleado ha sido muy avisado, instado y aconseja tener un abogado revise este acuerdo medida en que limita la capacidad del empleado para realizar o presentar cualquier recuamación contra la compañía en un tribunal de justicia,**

AHORA, POR LO TANTO, las Partes acuerdan lo siguiente:

1. Esta política permite el arbitraje del foro necesaria y exclusiva para la resolución de todos los conflictos de empleo basado en los derechos protegidos por la ley (es decir, los derechos legales, contractuales o de derecho común) que pueda surgir entre un empleado o ex empleado y el empleador o su funcionarios actuales y anteriores, directores y agentes, incluyendo, sin limitación, reclamos, demandas, o las acciones del título VII de la Ley de Derechos Civiles de 1964, y 1991, la Ley de Discriminación por Edad Empleo, todos los reclamos bajo las leyes y Trabajo del Estado de Nueva York el Código de la Ciudad de Nueva York Administración, la Ley de Protección de Beneficios a Trabajadores de Edad Avanzada de 1990, la Ley de Rehabilitación dc 1973, la Ley de Americanos con Discapacidades de 1990, la Familia y la Ley de licencia médica de 1993, las Normas Razonables de Trabajo de 1938, la Ley de Igualdad Salarial de 1963, la ley de Jubilación de Empleados de Seguridad de Ingresos de 1974, y sus modificaciones, y cualquier otro federal, estatal, o los estatutos locales, regulación, o la doctrina del derecho común en relación con la discriminación de empleo, condiciones de trabajo, la terminación del empleo, incumplimiento de contrato, o difamación.

2. Las reclamaciones que un empleado o ex empleado puede tener una compensación o beneficios de compensación por desempleo con respecto a los trabajadores no están cubiertos por esta política. Nada en esta política impedirá que cualquiera de las partes solicite de un tribunal de jurisdicción competente medidas cautelares en beneficio de arbitraje. La política no excluye la Junta Nacional de Relaciones del Trabajo de la jurisdicción sobre los litigios cubiertos por la Ley Nacional de Relaciones del Trabajo. Del mismo modo, esta Política no excluye la competencia de la Comisión de Igualdad de Oportunidades en el Empleo (EEOC) y / o agencias de derechos humanos estatales y locales para investigar las presuntas violaciónes de las leyes puestas en vigor por la EEOC y / o estas agencias.

3. Esta política no requiere que el arbitraje instituto empleador, ni es necesario que siga los pasos de la Resolución de disputas procedimiento antes de tomar medidas disciplinarias de

ningún tipo, incluyendo la terminación del empleo. Sin embargo, si un empleado no está de acuerdo con cualquiera de tales medidas disciplinarias y cree que dicha acción violó sus derechos protegidos por la ley; él o ella puede iniciar un procedimiento de conformidad con la Política. Los resultados del proceso de arbitraje son definitivas y vinculantes para el empleado y el empleador.

4. Las siguientes reglas y procedimientos se basan en, y en gran medida incorporan, las Reglas de Diferencias Empleo Resolución (reglas) de la Asociación Americana de Arbitraje (AAA). El empleador ha modificado y ampliado estas normas y procedimientos en algunos aspectos. En particular, disposiciones sobre las tasas y los costos se han modificado de manera que muchos de los costos normalmente compartidos por las partes serán asumidos por el empleador.

5. Para iniciar el arbitraje, debe enviar una solicitud de arbitraje por escrito a la gerencia. La demanda debe ser recibida por la gerencia para el empleador dentro del plazo establecido por la ley de prescripción aplicable a la reclamación (es) se establece en la demanda.

6. La demanda deberá establecer una declaración de la naturaleza de la disputa, incluyendo la supuesta acción u omisión de que se trata; los nombres de todas las personas implicadas en el conflicto; la cantidad en controversia, en su caso, y el solución que se pretende. Dentro de los treinta (30) días naturales a partir de la recepción de dicha demanda, o tan pronto como sea posible a partir de entonces, el empleador deberá presentar la demanda con la oficina correspondiente de la AAA.

7. La AAA designará un árbitro neutral de su conflicto laboral Resolución Lista menos que ambas partes soliciten que un panel de tres (3) se designó árbitros. Si las partes no se ponen de acuerdo en el número de árbitros, la AAA tendrá la autoridad para determinar el número de árbitros. En el caso de que se designe un panel de árbitros, todas las decisiones del panel deben ser por mayoría y el uso de la palabra "árbitro" se referirá al panel. Es la intención del empleador que los árbitros potenciales son diversas, experimentado, conocedor con respecto a las reclamaciones relacionadas con el empleo, neutral y debidamente calificado para servir como árbitros de conformidad con las Reglas de la AAA.

8. El árbitro será nombrado de la siguiente manera:

   a. Inmediatamente después de la presentación de la demanda, la AAA presentará a cada parte una lista idéntica de árbitros propuestos;

   b . Cada parte dispondrá entonces de diez (10) días hábiles a partir de la fecha de envío de la lista para-off transversales cualquiera de los dos (2) los nombres que los objetos partido, numerar los nombres restantes en orden de preferencia, y devolver la lista a la AAA ;

   c . Si una parte no devuelve la lista dentro del tiempo especificado, todas las personas incluidas en la lista se considerarán aceptables para ese partido.

d . En el caso de que las partes no llegan a un acuerdo sobre ninguna de las personas mencionadas, o si un árbitro aceptable no está dispuesto a actuar, la AAA se emiten listas adicionales.

9. Ninguna persona podrá servir como un árbitro neutral en cualquier asunto en el que dicha persona tiene algún interés financiero o personal en el resultado del procedimiento. Antes de aceptar su nombramiento, el árbitro deberá revelar cualquier circunstancia que pudiera impedir una audiencia rápida o para crear una presunción de parcialidad. Tras la recepción de dicha información, la AAA ya sea reemplazará a esa persona o comunicar la información a las partes para hacer comentarios. Después de eso, la AAA puede descalificar a esa persona y su decisión será concluyente.

10. La audiencia se llevará a cabo por el árbitro en el sentido que sea lo más expedita permitan el pleno presentación de pruebas y argumentos de las partes. El árbitro deberá fijar la fecha, hora y lugar de la audiencia, la notificación de los cuales se debe dar a las partes por la AAA al menos treinta (30) días calendario antelación a menos que las partes acuerden otra cosa. En el caso de que la audiencia no puede razonablemente ser completada en un solo día, el árbitro programará la audiencia que se continúa en una fecha conveniente para ambas partes.

11. El árbitro deberá mantendrán la confidencialidad de las audiencias, a menos que la ley disponga lo contrario. El árbitro tendrá la autoridad para excluir a los testigos, que no sea parte de la audiencia, durante la declaración de otros testigos. El árbitro también tendrá la autoridad para decidir si cualquier persona que no es un testigo puede asistir a la audiencia.

12. A menos que la ley disponga otra cosa, el arbitraje puede proceder en ausencia de cualquiera de las partes o representante que, después de la debida notificación, falla en estar presente o no puede obtener un aplazamiento. Un laudo no se hará únicamente en el valor por defecto de un partido. El árbitro deberá exigir a la parte que está presente a presentar las pruebas que el árbitro pueda requerir para la realización de la adjudicación.

13. Peticiones de descubrimiento se harán coherentes con las reglas de la AAA y la naturaleza acelerada del arbitraje.

14. **Forma** - El laudo se dictará por escrito y será firmado por el árbitro. Todos los premios se llevarán a cabo en la forma requerida por la ley. El fallo será definitivo y vinculante para el empleado y el empleador, y la revisión judicial se limitará a lo dispuesto por la ley.

**Alcance de alivio** - El árbitro será gobernado por el estado, y las leyes aplicables federales, y / o local y estará obligado por las políticas y procedimientos del empleador establecidas en este documento. El árbitro puede otorgar solamente sobre una base individual.

El árbitro tendrá la autoridad de indemnización por daños y perjuicios de premios hasta el límite permitido por la ley aplicable. El árbitro podrá daños punitivos o ejemplares de

adjudicación u honorarios profesionales cuando se especifique expresamente por la ley aplicable. El árbitro no tendrá la autoridad para hacer cualquier premio que es arbitraria y caprichosa, de adjudicar al empleador los costos del arbitraje que está obligado a sufragar de otro modo bajo esta política.

15. A menos que excluida de otra manera por la ley aplicable, gastos y honorarios se asignarán de la siguiente manera:

   a. Las tasas de presentación a ser pagados por la parte que presenta el arbitraje hasta $1.000.

   b . Honorarios y los honorarios del árbitro de escuchar - el empleador deberá asumir el costo de la cuota de audiencia y cuota de árbitro.

   c . Honorarios aplazamiento / cancelación - Aplazamiento y gastos de cancelación serán pagaderos, según el criterio del árbitro, por la parte que causa el aplazamiento o cancelación.

   d . Otros gastos - Los gastos de los testigos serán pagados por la parte que requiere la presencia de tal derecho en el arbitraje, incluidos los gastos de habitación, gastos de viaje del árbitro, y los representantes de la AAA.

   e. Honorarios y gastos legales - Cada lado pagará sus propios honorarios y gastos legales.

16. Cualquier procedimiento de conformidad con esta Póliza debe ser interpuesto dentro del plazo previsto en el estatuto (es) de prescripción aplicable a las reclamaciones formuladas por la demandante.

17. El árbitro deberá interpretar y aplicar estos procedimientos en lo que respecta a los poderes y deberes del árbitro. El resto de procedimientos deberán ser interpretadas y aplicadas por la AAA.

17. El árbitro deberá interpretar y aplicar estos procedimientos en lo que respecta a los poderes y deberes del árbitro. El resto de procedimientos deberán ser interpretadas y aplicadas por la AAA.

_____      1/11/19
Empleado                            Fecha

_____      1/11/19
Manna Madison Avenue, LLC d/b/a Gina     Fecha
La Fornarina
Por:
Empresa

# MANNA MADISON AVENUE, LLC
# d/b/a GINA LA FORNARINA

## ARBITRATION AGREEMENT

**THE FOLLOWING CONTRACT CREATES LEGAL OBLIGATIONS WHICH MAY APPLY TO YOU - YOU ARE STRONGLY ADVISED TO CONSULT AN ATTORNEY WITH THIS DOCUMENT BEFORE YOU SIGN ON THE LAST PAGE.**

DATE RECEIVED _____

NAME _____

SIGNATURE OF RECEIPT ONLY _____

# ARBITRATION AGREEMENT

Employee:

_____

Print Name

WHEREAS the Employer and Employee have mutually decided that in the event of any disputes or claims of law or fact that arise by virtue of your employment at and on behalf of Manna Madison Avenue, LLC d/b/a Gina La Fornarina, that both parties are fully and absolutely in agreement that such disputes or claims should be the sole jurisdiction of arbitration in accordance with this agreement;

**WHEREAS the Employee has been strongly urged and advised to have an attorney review this agreement;**

NOW THEREFORE the parties agree as follows:

1. This Policy makes arbitration the required and exclusive forum for the resolution of all employment disputes based on legally protected rights (i.e., statutory, contractual, or common-law rights) that may arise between an employee or former employee and THE EMPLOYER or its current and former officers, directors, and agents including, without limitation, claims, demands, or actions under Title VII of the Civil Rights Act of 1964, and 1991, the Age Discrimination Employment Act, all claims under New York State Labor Law and the New York City Administration Code, the Older Workers Benefit Protection Act of 1990, the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards of 1938, the Equal Pay act of 1963, the Employee Retirement Income Security Act of 1974, and all amendments thereto and any other federal, state, or local statute, regulation, or common-law doctrine regarding employment discrimination, conditions of employment, termination of employment, breach of contract, or defamation.

2. Claims that an employee or former employee may have regarding Workers' Compensation or unemployment compensation benefits are not covered by this Policy. Nothing in this Policy shall prevent either party from seeking from any court of competent jurisdiction injunctive relief in aid of arbitration. The Policy does not exclude the National Labor Relations Board from jurisdiction over disputes covered by the National Labor Relations Act. Similarly, this Policy does not exclude the jurisdiction of the Equal Employment Opportunity Commission (EEOC) and/or state and local human rights agencies to investigate alleged violations of the laws enforced by the EEOC and/or these agencies.

3. This Policy does not require that the employer institute arbitration, nor is it required to follow the steps of the Dispute Resolution Procedure before taking disciplinary action of any kind, including termination of employment. However, if an employee disagrees with any such disciplinary action and believes that such action violated his or her legally protected rights; he or she may institute proceedings in accordance with the Policy. The results of the arbitration process are final and binding on the employee and the employer.

4. The following rules and procedures are based on, and largely incorporate, the Employment Dispute Resolution Rules (Rules) of the American Arbitration Association (AAA). The employer has modified and expanded these rules and procedures in certain respects. In particular, provisions regarding fees and costs have been modified so that many of the costs typically shared by the parties will be borne by the employer.

5. To initiate arbitration, you must send a written demand for arbitration to the management. The demand must be received by management for the employer within the time period provided by the statute of limitations applicable to the claim(s) set forth in the demand.

6. The demand shall set forth a statement of the nature of the dispute, including the alleged act or omission at issue; the names of all persons involved in the dispute; the amount in controversy, if any, and the remedy sought. Within thirty (30) calendar days of receiving such demand, or as soon as possible thereafter, the employer shall file the demand with the appropriate office of the AAA.

7. The AAA shall appoint one neutral arbitrator from its Employment Dispute Resolution Roster unless both parties request that a panel of three (3) arbitrators be appointed. If the parties cannot agree in the number of arbitrators, the AAA shall have the authority to determine the number of arbitrators. In the event a panel of arbitrators is appointed, all decisions of the panel must be by a majority and the use of the word "arbitrator" shall refer to the panel. It is the intent of the employer that the prospective arbitrators are diverse, experienced, knowledgeable with respect to employment-related claims, neutral, and duly qualified to serve as arbitrators under the AAA's Rules.

8. The arbitrator shall be appointed in the following manner:

    a. Immediately after the filing of the demand, the AAA shall submit to each party an identical list of proposed arbitrators;

    b. Each party shall then have ten (10) business days from the mailing date of the list to cross-off any two (2) names to which the party objects, number the remaining names in order of preference, and return the list to the AAA;

    c. If a party does not return the list within the time specified, all persons on the list shall be deemed acceptable to that party.

    d. In the event that the parties fail to agree on any of the persons named, or if an acceptable arbitrator is unwilling to act, the AAA shall issue additional lists.

9. No person shall serve as a neutral arbitrator in any matter in which that person has any financial or personal interest in the result of the proceeding. Prior to accepting appointment, the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or to create a presumption of bias. Upon receipt of such information, the AAA either will replace that person or communicate the information to the parties for comment. Thereafter, the AAA may disqualify that person and its decision shall be conclusive.

10. The hearing shall be conducted by the arbitrator in whatever manner will most expeditiously permit full presentation of evidence and arguments of the parties. The arbitrator shall set the date, time, and place of the hearing, notice of which must be given to the parties by the AAA at least thirty (30) calendar days in advance unless the parties agree otherwise. In the event the hearing cannot reasonably be completed in one day, the arbitrator will schedule the hearing to be continued on a mutually convenient date.

11. The arbitrator shall maintain the confidentiality of the hearings unless the law provides to the contrary. The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness. The arbitrator also shall have the authority to decide whether any person who is not a witness may attend the hearing.

12. Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be made solely on the default of a party. The arbitrator shall require the party who is present to submit such evidence as the arbitrator may require for the making of the award.

13. Discovery requests shall be made consistent with the Rules of the AAA and the expedited nature of arbitration.

14. Form – The award shall be in writing and shall be signed by the arbitrator. All awards shall be executed in the manner required by law. The award shall be final and binding upon the employee and the employer, and judicial review shall be limited as provided by law.

    Scope of relief – The arbitrator shall be governed by applicable federal, state, and/or local law and shall be bound by the employer policies and procedures set forth herein. The arbitrator may award relief only on an individual basis.

    The arbitrator shall have the authority to award compensatory damages and injunctive relief to the extent permitted by applicable law. The arbitrator may award punitive or exemplary damages or attorneys' fees where expressly provided by applicable law. The arbitrator shall not have the authority to make any award that is arbitrary and capricious or to award to the employer the costs of the arbitration that it is otherwise required to bear under this policy.

15. Unless otherwise precluded by applicable law, expenses and fees shall be allocated as follows:

    a. Filing fees – to be paid by the party filing the arbitration up to $1,000.

    b. Hearing fees and arbitrator fees – the employer shall bear the cost of the hearing fee and arbitrator fee.

    c. Postponement/cancellation fees – Postponement and cancellation fees shall be payable, at the discretion of the arbitrator, by the party causing the postponement or cancellation.

    d. Other expenses – The expenses of witnesses shall be paid by the party requiring the presence of such at the arbitration including room expenses, travel expenses of the arbitrator, and AAA representatives.

    e. Legal fees and expenses – Each side shall pay its own legal fees and expenses.

16. Any proceeding under this Policy must be brought within the time period provided for within the statute(s) of limitations applicable to the claims asserted by the claimant.

17. The arbitrator shall interpret and apply these procedures as they relate to the arbitrator's powers and duties. All other procedures shall be interpreted and applied by the AAA.


Employee _____     Date _____


Manna Madison Avenue, LLC d/b/a Gina La _____     Date _____
Fornarina
By:
Company