USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BELLO HERRERA ET AL.,

                     Plaintiff,            20-CV-11026 (GHW) (KHP)

      -against-                                **ORDER**

MANNA 2ND AVENUE LLC ET AL.,

                     Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 25, 2022 the parties had a telephonic Case Management Conference whereby the Court ordered the Defendants' to upload the arbitration agreements signed by Plaintiffs to ECF.   By January 31, 2022, Plaintiff will file a letter in opposition or consenting to arbitration.

If Plaintiff does not consent to arbitration, Defendants' motion to compel arbitration is due by February 11, 2022; Plaintiff's opposition by March 4, 2022; reply due by March 11, 2022.

      SO ORDERED.

DATED:     New York, New York
                 January 25, 2022

                                                        *Katharine H Parker*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge