```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____       │
│ DATE FILED: 9/28/2023                │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                   :

ALFREDO BELLO HERRERA, *and* ANGELO    :
BELLO SILVA, *on their own behalf and on behalf of*   :
*others similarly situated,*                     :
                                   :

                       Plaintiffs,   :
                                   :

              -v -               :          1:20-cv-11026-GHW
                                   :

MANNA 2ND AVENUE LLC, *doing business as*   :         <u>ORDER</u>
GINA LA FORNARINA, *et al.,*             :
                                   :
                    Defendants.  :
                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On July 18, 2022, the Court ordered the parties "to submit a joint status update no later than the earlier of (a) February 30, 2023, or (b) seven days after the culmination of [the arbitration] proceedings." Dkt. No. 85. The Court has not received a joint status update. The parties are directed to submit a joint letter updating the Court on the status of this case, due no later than October 5, 2023.

     SO ORDERED.

Date:   September 28, 2023
       New York, New York                    _____
                                          GREGORY H. WOODS
                                 United States District Judge