USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                             :

ALFREDO BELLO HERRERA, *and* ANGELO     :
BELLO SILVA, *on their own behalf and on behalf of*  :
*others similarly situated*,                                     :
                                                             :
                                          Plaintiffs,  :
                                                             :
                                -v -                         :    1:20-cv-11026-GHW
                                                             :
MANNA 2ND AVENUE LLC, *doing business as*   :   <u>ORDER</u>
GINA LA FORNARINA, *et al.*,                        :
                                                             :
                                          Defendants.  :
                                                             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     The Court thanks the parties for their October 6, 2023 joint status update. The parties are directed to submit another joint status update no later than the earlier of (a) April 8, 2024, or (b) seven days after the culmination of the arbitration proceedings.

     SO ORDERED.

Date:   October 7, 2023

                                                                          GREGORY H. WOODS
                                                                   United States District Judge