USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ALFREDO BELLO HERRERA, *and* ANGELO :
BELLO SILVA, *on their own behalf and on behalf of* :
*others similarly situated*, :
:
                              Plaintiffs, :
:
                       -v -                     :     1:20-cv-11026-GHW
:
MANNA 2ND AVENUE LLC, *doing business as* :    <u>ORDER</u>
GINA LA FORNARINA, *et al.*, :
:
                             Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On October 7, 2023, the Court ordered the parties to "submit another joint status update no later than the earlier of (a) April 8, 2024, or (b) seven days after the culmination of the arbitration proceedings." Dkt. No. 89. The Court has not received the joint status update. The parties are directed to submit a joint letter updating the Court on the status of this case, due no later than April 12, 2024.

      SO ORDERED.

Date: April 9, 2024
      New York, New York

                                                                               GREGORY H. WOODS
                                                                    United States District Judge