# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 9, 2024

**Via ECF**
Hon. Gregory H Woods U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** **Joint Status Report**
      *Bello Herrera et al. v. Manna 2nd Avenue LLC et al.*, No. 20-cv-11026 (GHW)
      (OTW), (E.D.N.Y.)

Your Honor,

   This office represents the Plaintiffs in the above-referenced matter. We write with Defendants to respectfully report that with respect to Plaintiff ANGELO SILVA BELLO **ONLY**, the AAA arbitration before Arbitrator HOLLY WEISS has terminated as of September 4, 2024.

   During said proceeding, Arbitrator Weiss has found that the terms and conditions of the settlement of One Hundred Thousand Dollars ($100,000.00) are fair and reasonable following a review of parties' jointly-submitted materials based on the parties' respective assessment of the Fair Labor Standards Act and New York Labor Law claims in the case, damages calculations, and her oversight of the proceeding. ***See* Exhibit 1 Joint Fairness Materials submitted before the American Arbitration Association with Stipulation to Amend Settlement Agreement**. Thereafter, following a hearing on the Joint Fairness materials on July 24, 2024 with counsel for all parties present, and the supplementation of the stipulation to amend, a consent award has been entered on September 4, 2024, *see* **Exhibit 2 Consent Award**, and the parties jointly and respectfully request for Your Honor to either decline a Cheeks review or set a date for a Cheeks review if it is deemed necessary with respect to ANGELO SILVA BELLO's claims.

   As to the timing of the filing of the Stipulation to Dismiss as to ANGELO SILVA BELLO only, the parties have agreed to file that forthwith following the payment in full, which will be within thirty (30) days of either the Court's declination to review the settlement under Cheeks or Cheeks approval.

   The American Arbitration Proceeding as to Plaintiff ALFREDO BELLO HERRERA continues. There was a delay resulting from the unexpected retirement of Arbitrator VIVIAN BURGER and the subsequent new appointment of Arbitrator MICHAEL LEVY, who now oversees the case.

   We thank the Court for its time and consideration in the above-mentioned case.

Hon. Gregory H. Woods U.S.D.J.
September 9, 2024
*Bello-Herrera et al. v. Manna 2nd Avenue LLC et al.*, No. 20-cv-00640 (GHW) (OTW),
(E.D.N.Y.)
Page 2 of 2

Respectfully submitted,
TROY LAW, PLLC

 */s/ John Troy*

John Troy
*Attorney for Plaintiffs*

cc:  via ECF
     all counsel of record

*JT/mh*