## AMERICAN ARBITRATION ASSOCIATION

### Employment Arbitration Tribunal

| | |
|---|---|
| In the Matter of Arbitration between<br><br>ANGELO BELLO SILVA<br>(Claimant)<br><br>v.<br><br>MANNA 2ND AVENUE LLC d/b/a Gina La Fornarina; MANNA MADISON AVENUE LLC d/b/a Gina La Fornarina; MANNA PARC 61 LLC d/b/a Gina Mexicana and ; MAMEXICANA LLC d/b/a Gina Mexicana; MANNA LEXINGTON AVENUE LLC d/b/a Gina La Fornarina; WEST D&P d/b/a Gina La Formarina; MAMERICANA 92 LLC d/b/a Gina Americana; MANNA AMSTERDAM AVENUE LLC d/b/a Gina La Fornarina; and ENTERPRISE RESTAURANT LLC d/b/a Amaranth; PAOLA PEDRIGNANI, IGOR SEGOTA, and JEAN FRANCOIS MARCHAND<br>(Respondents) | AAA Case Number: 01-22-0005-0176 |

### CONSENT AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above named parties and dated January 12, 2019; and having been duly sworn; and Claimant Angelo Bello Silva being represented by John Troy; Aaron Schweitzer; and Tiffany Troy, Esq., of Troy Law, PLLC; and Respondents Manna 2nd Avenue LLC; Manna Madison Avenue LLC; Manna Parch 61 LLC; Mamexicana LLC; Manna Lexington Avenue LLC; West D&P LLC; Mamericana 92 LLC; Manna Amsterdam Avenue LLC; Enterprise Restaurant LLC; Paola Pedrignani; Igor Segota and Jean Francois Marchand being

represented by Jacqueline Aiello; and Frederick Sung of Boyd, Richards Parker & Colonnelli, P.L.; and the parties having reached a settlement of their dispute as set forth in the attached Settlement Agreement, dated July 16, 2024, hereby make the terms in that Settlement Agreement my Award pursuant to Rule 39(e) of the AAA Employment Arbitration Rules.

Specifically, Respondents Manna 2nd Avenue LLC; Manna Madison Avenue LLC; Manna Parch 61 LLC; Mamexicana LLC; Manna Lexington Avenue LLC; West D&P LLC; Mamericana 92 LLC; Manna Amsterdam Avenue LLC; Enterprise Restaurant LLC; Paola Pedrignani; Igor Segota and Jean Francois Marchand, in addition to the other non-monetary provisions within the Agreement, all of which make up the Arbitrator's Award pursuant to the AAA rules, shall pay Claimant Angelo Bello Silva the amount of One Hundred Thousand Dollars ($100,000.00), inclusive of all claims for relief, damages, expenses and attorneys' fees and costs.

September 2, 2024
Date

Holly Weiss, Arbitrator

I, Holly Weiss, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Consent Award.

September 2, 2024
Date

Holly Weiss