```
                                                    ┌─────────────────────────────────────┐
                                                    │ USDC SDNY                           │
                                                    │ DOCUMENT                            │
                                                    │ ELECTRONICALLY FILED                │
UNITED STATES DISTRICT COURT                        │ DOC #: _____              │
SOUTHERN DISTRICT OF NEW YORK                       │ DATE FILED: 10/1/2024               │
                                                    └─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                  :
ALFREDO BELLO HERRERA, *and* ANGELO               :
BELLO SILVA, *on their own behalf and on behalf of*  :
*others similarly situated*,                        :
                                                  :
                                 Plaintiffs,      :
                                                  :
                    -v -                          :          1:20-cv-11026-GHW
                                                  :
MANNA 2ND AVENUE LLC, *doing business as*         :          ORDER
GINA LA FORNARINA, *et al.*,                      :
                                                  :
                                 Defendants.      :
                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 30, 2024, the parties submitted a joint letter requesting approval of a

proposed settlement agreement that would dismiss with prejudice Plaintiffs' claims under the Fair

Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").  Dkt. No. 98.  "[P]arties

cannot enter into private settlements of FLSA claims without either the approval of the district court

or the Department of Labor."  *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).

Accordingly, the Court must review the parties' proposed settlement of their FLSA claims to

determine whether it is "fair and reasonable."  *Velasquez v. SAFI-G, Inc.*, 137 F. Supp. 3d 582, 584

(S.D.N.Y. 2015).

The Court will hold a hearing with respect to the fairness of the parties' proposed settlement

agreement by telephone on October 18, 2024 at 3:00 p.m.  The parties are directed to the Court's

Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the

Court's Individual Rules contains the dial-in number for the conference and other relevant

instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual

Rules.

        SO ORDERED.

Dated:  October 1, 2024
New York, New York

                                    GREGORY H. WOODS
                            United States District Judge