```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                     :
ALFREDO BELLO HERRERA, *et al.*,        :
                                                     :
                                   Plaintiffs,   :
                                                     :
                         -v -                             :          1:20-cv-11026-GHW
                                                    :
MANNA 2ND AVENUE LLC, *doing business as*   :         <u>ORDER</u>
Gina La Fornarina, *et al.*,                        :
                                                     :
                                   Defendants.  :
                                                     :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On November 6, 2024, the Court directed the parties to submit a joint letter updating the Court on the status of the arbitration of Plaintiff Alfredo Bello Herrera's claims. Dkt. No. 104. No such letter has been submitted. The parties are directed to comply with the Court's November 6, 2024 order forthwith, and in no event later than April 15, 2025.

        SO ORDERED.

Dated: April 8, 2025                          _____
New York, New York                     GREGORY H. WOODS
                                          United States District Judge