```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
ALFREDO BELLO HERRERA, *et al.*,  :
        :
        Plaintiffs,  :
        :
        -v -  :  1:20-cv-11026-GHW
        :
MANNA 2ND AVENUE LLC, *doing business as*  :  ORDER
Gina La Fornarina, *et al.*,  :
        :
        Defendants.  :
        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On April 12, 2025, the Court directed the parties to submit a joint letter updating the Court on the status of the arbitration of Plaintiff Alfredo Bello Herrera's claims. Dkt. No. 108. No such letter has been submitted. The parties are directed to comply with the Court's April 12, 2025 order forthwith, and in no event later than September 16, 2025.

    SO ORDERED.

Dated: September 9, 2025
New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge