USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

           :

ALFREDO BELLO HERRERA, *et al.*,        :

           :

          Plaintiffs,   :

           :

          -v -         :      1:20-cv-11026-GHW

           :

MANNA 2ND AVENUE LLC, *doing business as*  :      ORDER
Gina La Fornarina, *et al.*,         :

           :

          Defendants.  :

           :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 10, 2025, the Court directed Plaintiff to submit a status letter updating the Court on the status of this case no later than November 30, 2025. Dkt. No. 112. No such letter has been submitted. Plaintiff is directed to comply with the Court's September 10, 2025 order forthwith, and in no event later than December 5, 2025.

    SO ORDERED.

Dated:  December 1, 2025
New York, New York

                     _____
                         GREGORY H. WOODS
                      United States District Judge